FILE COPY



# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BOB McCOY
BILL MEIER
LEE GABRIEL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

TEL: (817) 884-1900

FAX: (817) 884-1932

www.2ndcoa.courts.state.tx.us

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

July 25, 2013

Hon. Stephen O'Neal Crawford
Judge, 90th District Court
Young County Courthouse
516 4th St., Rm. 203
Graham, TX 76450

Christopher D. Baran
Stephens & Myers L.L.P.
515 4th St.
Graham, TX 76450

Tim  B. Copeland
930 S. Bell Blvd., Ste. 408
Cedar Park, TX 78613

District Clerk, Young County
Young County Courthouse
516 4th St., Rm. 201
Graham, TX 76450-2964

RE:      Court of Appeals Number:   02-13-00235-CV
         Trial Court Case Number:   31,238

Style:    In the Interest of H.E.M., a child

RE:      Court of Appeals Number:   02-13-00236-CV
         Trial Court Case Number:   31,244

Style:    In the Interest of D.L.M., a child

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause.

A copy of the opinion and judgment can be viewed on our Court's webpage at: http://www.2ndcoa.courts.state.tx.us/.

Respectfully yours,

DEBRA SPISAK, CLERK